AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **Bettye J. Turner** | |
| *Plaintiff* | |
| v. | Case No. No. 11-05146 |
| **Zimmer Inc., et al.** | |
| *Defendant* | |

## APPEARANCE OF COUNSEL

**To:**   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Zimmer Surgical, Inc. (f/k/a Zimmer Orthopaedic Surgical Products, Inc.), and Wilson/Phillips Holdings, Inc.**  .

**Date:**   08/31/2011

/s/ Phoebe Wilkinson
*Attorney's signature*

**Phoebe Wilkinson, 2606713**
*Printed name and bar number*

**Chadbourne & Parke, LLP**
**30 Rockefeller Plaza**
**New York, NY 10112**
*Address*

**pwilkinson@chadbourne.com**
*E-mail address*

**(212) 408-1157**
*Telephone number*

**(646) 710-1157**
*FAX number*