UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

BETTYE J. TURNER,

       Plaintiff,

-against-

ZIMMER, INC.; ZIMMER HOLDINGS, INC.;
WILSON/PHILLIPS HOLDINGS, INC. a/k/a ZIMMER
WILSON PHILLIPS AND ZIMMER ORTHOPAEDIC
SURGICAL PRODUCTS, INC.,

       Defendants.

**CASE NUMBER:**
1:11-cv-5146-DLC

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, the defendant, Zimmer Surgical, Inc. (f/k/a Zimmer Orthopaedic Surgical Products, Inc.), states it is a wholly-owned subsidiary of Zimmer, Inc.  Zimmer, Inc., is a wholly-owned subsidiary of Zimmer Holdings, Inc., which is a publicly held corporation.  No other publicly held corporation owns 10% or more of Zimmer Surgical, Inc., stock.

DATED:  August 31, 2011    Respectfully submitted,

    /s/ Phoebe A. Wilkinson
    Phoebe A. Wilkinson, PW-3143
    CHADBOURNE & PARKE, LLP
    30 Rockefeller Plaza
    New York, NY  10112
    Telephone:  (212) 408-1157
    Facsimile:  (646) 710-1157
    pwilkinson@chadbourne.com

    Attorneys for the defendants, Zimmer Surgical, Inc. (f/k/a Zimmer Orthopaedic Surgical Products, Inc.), and Wilson/Phillips Holdings, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 31st day of August, 2011, upon the following counsel of record:

>Hunter J. Shkolnik (HS-4854)
>NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP
>350 Fifth Avenue, Suite 7413
>New York, New York  10118
>
>/s/ Phoebe A. Wilkinson