UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

BETTYE J. TURNER,

      Plaintiff,

   -against-

ZIMMER, INC.; ZIMMER HOLDINGS, INC.; WILSON/PHILLIPS HOLDINGS, INC. a/k/a ZIMMER WILSON PHILLIPS AND ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,

      Defendants.

CASE NUMBER:
1:11-cv-5146-DLC

---

### DECLARATION OF PHOEBE A. WILKINSON IN SUPPORT OF THE ZIMMER DEFENDANTS' MOTION TO STAY PENDING TRANSFER TO MULTIDISTRICT PROCEEDING

I, Phoebe A. Wilkinson, state as follows:

    1.    I am an attorney with the law firm of Chadbourne & Park LLP, counsel of record for the defendants, Zimmer Surgical, Inc. (f/k/a Zimmer Orthopaedic Surgical Products, Inc.), and Wilson/Phillips Holdings, Inc. (collectively, "the Zimmer Defendants"), in the above entitled action. I have personal knowledge of the matters stated herein and could competently testify to them.

    2.    A true and accurate copy of the Transfer Order [Doc. No. 110] in *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, (J.P.M.L. 2011) is attached as Exhibit A.

3. A true and accurate copy of the Notice Of Potential Tag-Along Action [Doc. No. 127] in *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, (J.P.M.L. 2011) is attached as Exhibit B.

4. The Zimmer Defendants' other counsel at Baker & Daniels LLP, Andrea Roberts Pierson and Haroon Anwar, tried contacting plaintiff's counsel by telephone regarding this motion but were unable to reach him.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2011.

*s/ Phoebe A. Wilkinson*