```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
BETTYE J. TURNER,                        :
                        Plaintiff,       :
                                         :      11 Civ. 5146 (DLC)
            -v-                          :
                                         :            ORDER
ZIMMER, INC.; ZIMMER HOLDINGS, INC.;     :
WILSON/PHILIPS HOLDINGS, INC. a/k/a ZIMMER :
WILSON PHILLIPS AND ZIMMER ORTHOPAEDIC   :
SURGICAL PRODUCTS, INC.,                 :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 1, 2011, the defendants, Zimmer Surgical, Inc. (f/k/a Zimmer Orthopaedic Surgical Products, Inc.) and Wilson/Phillips Holdings, Inc., filed a motion to stay pending transfer to multidistrict proceeding (the "September 1 Motion"). It is hereby

ORDERED that the September 1 Motion is granted and the above-captioned action is stayed.

IT IS FURTHER ORDERED that the pretrial conference scheduled for October 21, 2011 at 12:30 PM is adjourned <u>sine</u> <u>die.</u>

IT IS FURTHER ORDERED that the parties shall provide the Court with a status letter regarding the multidistrict proceeding by October 28, 2011.

SO ORDERED:

Dated:    New York, New York
          September 2, 2011

                                       _____
                                                DENISE COTE
                                       United States District Judge